**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KMI ZEOLITE, INC.; and ROBERT E. FORD,

        Plaintiffs,

    v.

UNITED STATES DEPT. OF THE INTERIOR; *et al.*,

        Defendants.

No. 2:15-cv-2038-MMD-VCF

**ORDER**

The Court having reviewed the Federal Defendants' Motion For Extension of Time to Answer, and finding that good cause exists therefor,

IT IS HEREBY ORDERED that Defendants United States Department of the Interior; Sally Jewel; Bureau of Land Management; Neil Kornze; John Ruhs; Tim Smith; and Deborah MacNeill (the Federal Defendants) shall have to and including January 29, 2016 to file their answer in this matter.

Dated: December 21, 2015

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE