DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Nevada Bar No. 8920
TROY K. FLAKE
Assistant United States Attorneys
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite5000
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: roger.wenthe@usdoj.gov
           troy.flake@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC.; and ROBERT E. FORD, <br><br>           Plaintiffs, <br><br>    v. <br><br>UNITED STATES DEPT. OF THE INTERIOR; *et al.*, <br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No.: 2:15-cv-2038-MMD-VCF |
| UNITED STATES DEPT. OF THE INTERIOR, <br><br>          Counterclaimant, <br><br>    v. <br><br>KMI ZEOLITE, INC.; ROBERT E. FORD; and R.A.M.M. CORP., <br><br>          Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable

Court admit Government attorney Marissa Piropato to practice in the District of Nevada for the

above-captioned case and in all matters in this district during the period of employment by the United States.  Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Ms. Piropato is an attorney with the United States Department of Justice, Environment & Natural Resources Division, an agency of the federal government, and is a member in good standing of the Massachusetts bar (admitted 2002) and the New York bar (admitted 2005).

The following information is provided to the Court:

Marissa A. Piropato
Trial Attorney
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C.20044-7611
Telephone:  202-305-0470
Fax:  202-305-0506
E-mail:  Marissa.Piropato@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Marissa Piropato to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 10th day of February 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger W. Wenthe*
ROGER W. WENTHE
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

DATED:  February 10, 2016

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on the persons shown, by the method shown, on the date shown.

CM/ECF

All counsel of record

Dated: February 10, 2016

 /s/ *Roger W. Wenthe*
ROGER W. WENTHE
Assistant United States Attorney