**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KMI ZEOLITE, INC., *et al.*, <br><br>         Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPT. OF THE INTERIOR, *et al.*, <br><br>         Defendants. | 2:15-cv-02038-JCM-VCF |
| UNITED STATES DEPT. OF THE INTERIOR, <br><br>         Counterclaimant, <br><br> vs. <br><br> KMI ZEOLITE, INC., *et al.*, <br><br>         Counterclaim Defendants, | **ORDER** |

Before the court is the Joint Motion to Amend Scheduling Order (#34).

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 2:00 p.m., May 6, 2016, in courtroom 3D.

DATED this 6th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE