JOHN M. NETZORG, ESQ.
Nevada Bar No. 1335
2810 W. Charleston Boulevard
Suite H-81
Las Vegas, Nevada 89102
Telephone: (702) 878-3400
Facsimile: (702) 878-1255
Email: john@netzorglaw.com
Attorney for GALTAR, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| KMI ZEOLITE, INC.; ROBERT E. FORD | CASE NO. 2:15-CV-02038-JCM-VCF |
| --- | --- |
| Plaintiffs, | 2:16-CV-00046-JCM-PAL |
| vs. | |
| UNITED STATES DEPT. OF THE INTERIOR, ET AL | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO GALTAR, L.LC.** |
| Defendants | |
| ABC RECYCLING INDUSTRIES, LLC | |
| Plaintiff | |
| vs. | |
| AMERICAN BORATE CO., ET AL | |
| Defendants | |

**IT IS HEREBY STIPULATED** by between counsel for Plaintiff, ABC RECYCLING INDUSTRIES, LLC and Defendant GALTAR, L.L.C., that Plaintiff hereby dismisses Defendant Galtar, L.L.C., with prejudice, on each and every cause of action alleged in ABC RECYCLING

1

INC.'s Complaint originally filed in Nye County, Nevada on December 2, 2015 and removed to this Court on January 11, 2016, each party to bear its own costs and attorney's fees.

Dated: May 10, 2016.

JOHN M. NETZORG, ESQ.
Nevada Bar No. 1335
2810 W. Charleston Boulevard
Suite H-81
Las Vegas, Nevada 89102
Attorney for Galtar, L.L.C.

Dated: May 10 2016

ROYAL & MILES, LLP

By
Gregory A. Miles, Esq.
Nevada Bar No. 4366
1522 W. Warm Springs Road
Henderson, NV 89014
Attorney for ABC Recycling Industries, Inc.

**ORDER**

**IT IS SO ORDERED** May 16, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

2