# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| KMI ZEOLITE, INC., *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPT. OF THE INTERIOR,<br><br>        Defendant. | 2:15-cv-2038-JCM-VCF<br>**ORDER** |

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 a.m., December 6, 2016 is VACATED and RESCHEDULED to 10:00 a.m., December 9, 2016, in Courtroom 3D.

DATED this 14th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE