```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Nevada Bar No. 8920
TROY K. FLAKE
Assistant United States Attorneys
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: roger.wenthe@usdoj.gov
       troy.flake@usdoj.gov
```

Attorneys for the United States Dept. of the Interior

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC.; and ROBERT E. FORD,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPT. OF THE INTERIOR; *et al.*,<br><br>    Defendants.<br><hr>UNITED STATES DEPT. OF THE INTERIOR,<br><br>    Counterclaimant,<br><br>    v.<br><br>KMI ZEOLITE, INC.; ROBERT E. FORD; and R.A.M.M. CORP.,<br><br>    Counterclaim Defendants. | Case No.: 2:15-cv-2038-JCM-VCF<br><br>**JOINT MOTION TO AMEND**<br>**SCHEDULING ORDER**<br><br>**(Fourth Request)** |

    The parties, by their undersigned attorneys, jointly request the Court to amend the Scheduling Order in this matter to allow further time for the parties to conduct mediation and potentially achieve a settlement of this matter. This is the fourth motion to amend the Scheduling Order.

1

## **MEMORANDUM OF POINTS AND AUTHORITIES**

### **Introduction**

These consolidated lawsuits are (1) an action under the Administrative Procedure Act (APA) seeking review of a decision by the federal Interior Board of Land Appeals (IBLA), finding that the plaintiffs in this case, KMI Zeolite, Inc. (KMI) and Robert Ford (Ford), and Counterclaim Defendant R.A.M.M. Corp. (RAMM), committed trespass on the public lands in connection with the operation of a milling site on private land; and (2) an action to quiet title to the private millsite which was used in connection with the trespasses allegedly involved in this lawsuit.

In the most recent Scheduling Order entered in this case (ECF No. 43), the Court determined that administrative review issues should be resolved first, because those issues are resolved solely by reviewing the administrative record prepared by the agency. The APA portion of the case requires no discovery, because APA review occurs solely on the administrative record developed by the agency. *Building Indus. Ass'n of the Bay Area v. U.S. Dept. of Commerce*, 792 F.3d 1027, 1032 (9th Cir. 2015). The Scheduling Order set briefing for the APA issues to begin on October 12, 2016 and conclude on December 12, 2016, with fact and expert discovery on the remaining issues, if any, to follow after the order resolving the APA issues. (ECF No. 43.)

The parties[1] have determined in good faith that there is a substantial chance that these consolidated matters can be resolved through mediation. The parties conducted an initial day-long session of mediation with Mediator Bruce Edwards of JAMS on June 8, 2016, and they have held follow-up teleconferences with the mediator on June 22, August 3, and October 5. The parties anticipate further sessions of mediation to continue to discuss methods of resolving these matters. As a result, the parties request that all deadlines in this matter be extended by 90 days, to permit a full

---

[1] Galtar, Inc., which is a defendant in the consolidated *ABC Recycling* case, does not join in this motion because it has filed a motion to dismiss that action which is pending.

opportunity to conduct settlement discussions with the mediator.  The parties therefore jointly propose the following schedule:

## PROPOSED SCHEDULING ORDER

The Parties propose the following schedule and related deadlines:

1. <u>Briefing on the APA issues</u> in the *KMI Zeolite* case shall be as follows:

   | | |
   |---|---|
   | Plaintiff's and Defendants' motions for summary judgment and supporting briefs due: | January 12, 2017 |
   | Briefs in response to motions for summary judgment due: | February 13, 2017 |
   | Reply briefs in support of summary judgment due: | March 15, 2017 |

2. <u>Initial Disclosures</u> due:  30 days after order disposing of APA issues in *KMI Zeolite*

3. <u>Amendment of</u> Pleadings due:  30 days after Initial Disclosures

4. <u>Fact Discovery</u> closes:  180 days after Initial Disclosures

5. **Expert Discovery:**

   a. Last day to designate Plaintiffs' experts:  30 days after fact discovery close

   b. Last day to designate Defendant's experts:  60 days after fact discovery close

   c. Last day to designate rebuttal experts:  90 days after fact discovery close

   c. Last day to complete expert discovery:  120 days after fact discovery close

6. <u>Dispositive Motions</u> due:  30 days after expert discovery close

7. **Pre-Trial Order:**

   a. Last date to file if no dispositive motions are filed: 30 days after expert discovery close

   b. Last date to file if dispositive motions are filed:  30 days after order resolving last dispositive motion

3

For the reasons set forth above, Plaintiff and Defendants respectfully and jointly request the Court to enter its SCHEDULING ORDER in conformity with the dates proposed herein.

Dated:  October 24, 2016

For KMI Zeolite, Inc.:

/s/  Karen Budd-Falen
Karen Budd-Falen
300 E. 18th St.
P.O. Box 346
Cheyenne, WY 82003

For ABC Recycling Industries, LLC and Robert E. Ford:

/s/ Dan M. Winder
Dan M. Winder, Esq.
Law Office of Dan M. Winder, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV  89102

For the Federal Defendants:

DANIEL G. BOGDEN
United States Attorney

/s/ Roger W. Wenthe
ROGER W. WENTHE
Assistant United States Attorney

For Counterclaim Defendant R.A.M.M. Corp.

/s/  Daniela LaBounty
Daniela LaBounty
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas , NV  89129

IT IS SO ORDERED.

Date: 10-25-2016

_____
UNITED STATES MAGISTRATE JUDGE

5

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on the persons shown, by the method shown, on the date shown.

<u>CM/ECF</u>

All counsel of record

Dated: October 24, 2016

                                           <u>/s/ *Roger W. Wenthe*</u>
                                           ROGER W. WENTHE
                                           Assistant United States Attorney