Karen Budd-Falen (*Pro Hac Vice*)
Andrew K. Taylor (*Pro Hac Vice*)
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, WY 82003
(307)632-5105 Telephone
(307)637-3891 Telefax

Gregory A. Miles, Esq.
Nevada Bar No. 4336
ROYAL & MILES LLP
1522 W Warm Springs Road
Henderson, NV 89104
(702) 471-6777 Telephone
(702) 531-6777 Telefax

*Attorneys for Plaintiff/Counterclaim Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC.; and ROBERT E. FORD, | ) |
| | ) |
| Plaintiffs/Counterclaim Defendants | ) |
| | ) No. 2:15-cv-2038-JCM-VCF |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR; *et al.*, | ) |
| | ) |
| Defendants/Counterclaim Plaintiffs | ) |
| _____ | ) |
| ABC RECYCLING INDUSTRIES, LLC, a Nevada Limited Liability Company, | ) No. 2:16-cv-46-JCM-VCF |
| | ) |
| Plaintiff, | ) |
| | ) PLAINTIFF/COUNTERCLAIM |
| v. | ) DEFENDANT KMI ZEOLITE'S |
| | ) UNOPPOSED MOTION |
| AMERICAN BORATE COMPANY, et al. | ) REQUESTING APPEARANCE BY |
| | ) TELEPHONE |
| Defendants. | ) |

COMES NOW Plaintiff/Counterclaim Defendant KMI Zeolite Inc., by and

through its undersigned counsel, Karen Budd-Falen, Esq., of the Budd-Falen Law

Offices, LLC, and hereby requests permission by the Court to appear by telephone at the status hearing scheduled for June 8, 2017 at 10:00 a.m.

In support of this motion undersigned counsel states the following:

1. Local counsel, Gregory A. Miles, has advised that he is unable to appear at the hearing scheduled for June 8th.
2. Undersigned counsel, Karen Budd-Falen, can participate in the hearing but she works and resides in Cheyenne, Wyoming.
3. The parties in this matter have been contacted and they do not oppose the granting of this motion.
4. No party will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiff/Counterclaim Defendant KMI Zeolite Inc., respectfully requests that this Court grant Karen Budd-Falen permission to appear at the June 8, 2017 at 10:00 a.m. status hearing by telephone.

RESPECTFULLY SUBMITTED this 11th day of April, 2017.

*/s/Karen Budd-Falen*
Karen Budd-Falen (*Pro Hac Vice*)
Andrew K. Taylor (*Pro Hac Vice*)
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, WY 82003
(307)632-5105 Telephone
(307)637-3891 Telefax
karen@buddfalen.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2017, I filed through the United States District Court ECF System the foregoing document to be served by CM/ECF electronic filing on the following:

Debbie Leonard
dleonard@mcdonaldcarano.com

Gregory Miles
gmiles@roylamileslaw.com

John M. Netzorg
john@netzorglaw.com

Marissa Piropato
Marissa.piropato@usdoj.gov

Troy K. Flake
Troy.flake@usdoj.gov

Roger W. Wenthe
Roger.wenthe@usdoj.gov

Michael E. Stoberski
mstoberski@ocgas.com

Jason W. Peak
jpeak@laxalt-nomura.com

Holly S. Parker
hparker@laxalt-nomura.com

Dan M. Winder
winderdanatty@aol.com

                */s/Karen Budd-Falen*
                Karen Budd-Falen (*Pro Hac Vice*)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC.; and ROBERT E. FORD, )<br> )<br>    Plaintiffs/Counterclaim Defendants )<br> ) No. 2:15-cv-2038-JCM-VCF<br>    v. )<br> )<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR; *et al.*, )<br> )<br>    Defendants/Counterclaim Plaintiffs )<br>_____)<br>ABC RECYCLING INDUSTRIES, LLC, )<br>a Nevada Limited Liability Company, ) No. 2:16-cv-46-JCM-VCF<br> )<br>    Plaintiff, ) ORDER GRANTING<br> ) PLAINTIFF/COUNTERCLAIM<br>    v. ) DEFENDANT KMI ZEOLITE'S<br> ) UNOPPOSED MOTION<br>AMERICAN BORATE COMPANY, et al. ) REQUESTING APPEARANCE BY<br> ) TELEPHONE<br>    Defendants. ) | |

The Court having reviewed Plaintiff/Counterclaim Defendant KMI Zeolite's Unopposed Motion Requesting Appearance by Telephone of the status hearing scheduled for June 8, 2017 at 10:00 a.m., and finding that good cause exists therefor,

IT IS HEREBY ORDERED that Karen Budd-Falen of the Budd-Falen Law Offices, LLC may attend the June 8, 2017 status conference by telephone.

Dated this 11th day of April, 2017.

_____
Cam Ferenbach
United States Magistrate Judge

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

1