Karen Budd-Falen (*Pro Hac Vice*)
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, WY 82003
(307)632-5105 Telephone
(307)637-3891 Telefax

Gregory A. Miles, Esq.
Nevada Bar No. 4336
ROYAL & MILES LLP
1522 W Warm Springs Road
Henderson, NV 89104
(702) 471-6777 Telephone
(702) 531-6777 Telefax

*Attorneys for Plaintiff/Counterclaim Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC.; and ROBERT E. FORD, | ) |
| Plaintiffs/Counterclaim Defendants | ) No. 2:15-cv-2038-JCM-VCF |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR; *et al.*, | ) |
| Defendants/Counterclaim Plaintiffs | ) |
| ABC RECYCLING INDUSTRIES, LLC, a Nevada Limited Liability Company, | ) No. 2:16-cv-46-JCM-VCF |
| Plaintiff, | ) |
| v. | ) PLAINTIFF/COUNTERCLAIM DEFENDANT KMI ZEOLITE'S MOTION TO WITHDRAW ANDREW TAYLOR AS COUNSEL |
| AMERICAN BORATE COMPANY, et al. | ) |
| Defendants. | ) |

COMES NOW Plaintiff/Counterclaim Defendant KMI Zeolite Inc., by and through its undersigned counsel, Karen Budd-Falen, Esq., of the Budd-Falen Law

1

Offices, LLC, and respectfully files this motion for an order allowing Andrew Taylor to withdraw as counsel for Plaintiff/Counterclaim Defendant KMI Zeolite Inc.

In support of this motion, Plaintiff states the following:

1. Andrew Taylor is no longer associated with the firm of Budd-Falen Law Offices, LLC.

2. Karen Budd-Falen of Budd-Falen Law Offices, LLC and Gregory A. Miles of Royal and Miles, LLP will continue as counsel of record for Plaintiff/Counterclaim Defendant KMI Zeolite Inc. in this matter.

3. Plaintiff/Counterclaim Defendant KMI Zeolite and opposing counsel have been notified of Andrew Taylor's departure.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests that the Court enter an order allowing Andrew Taylor to withdraw as counsel for Plaintiff/Counterclaim Defendant KMI Zeolite Inc. in this matter.

RESPECTFULLY SUBMITTED this 29th day of June, 2017.

*/s/Karen Budd-Falen*
Karen Budd-Falen (*Pro Hac Vice*)
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, WY 82003
(307)632-5105 Telephone
(307)637-3891 Telefax
karen@buddfalen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2017, I filed through the United States District Court ECF System the foregoing document to be served by CM/ECF electronic filing on the following:

CM/ECF
All Counsel of Record

              */s/Karen Budd-Falen*
              Karen Budd-Falen (*Pro Hac Vice*)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC.; and ROBERT E. FORD, <br><br> Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; *et al.*, <br><br> Defendants/Counterclaim Plaintiffs | No. 2:15-cv-2038-JCM-VCF |
| ABC RECYCLING INDUSTRIES, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BORATE COMPANY, et al. <br><br> Defendants. | No. 2:16-cv-46-JCM-VCF <br><br> ORDER GRANTING MOTION TO WITHDRAW |

The Court having reviewed Plaintiff/Counterclaim Defendant KMI Zeolite's Motion to Withdraw Andrew Taylor as Counsel , and finding that good cause exists therefor,

**IT IS HEREBY ORDERED** by the Court that the motion is **GRANTED**. Andrew Taylor is withdrawn as counsel for Plaintiff/Counterclaim Defendant KMI Zeolite. Karen Budd-Falen and Greg Miles shall continue to represent Plaintiff/Counterclaim Defendant KMI Zeolite in the above-entitled matter.

DATED this 7th day of July, 2017.

_____
Cam Ferenbach
United States Magistrate Judge