JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
SARAH M. BANDA, ESQ
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191 ✦ Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
Counsel for Plaintiff/Counter-Defendant
KMI Zeolite, Inc.

# IN THE UNITED STATES DISTRICT COURT

## NEVADA DISTRICT, LAS VEGAS

| | |
|---|---|
| KMI ZEOLITE, INC.; and ROBERT E. FORD, | |
| Plaintiffs/Counterclaim Defendants | Case No.: 15-cv-2038-JCM-VCF |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; *et al.*, | |
| Defendants/Counterclaim Plaintiffs | |
| ABC RECYCLING INDUSTRIES, LLC, a Nevada Limited Liability Company, | |
| Plaintiff, | |
| v. | |
| AMERICAN BORATE COMPANY, et al., | |
| Defendant, | |

### SUBSTITUTION OF COUNSEL

## SUBSTITUTION OF COUNSEL

I. **CLIENT CONSENT**

COMES NOW, KMI ZEOLITE, INC., Plaintiff/Counterclaim Defendants, hereby substitutes BOWEN LAW OFFICES, as Attorney of Record for Plaintiff/Counterclaim Defendants, in the place and stead of the law office of ROYAL & MILES, LLP.

DATED this ____ day of July, 2017

_____
CLARENCE WAGENAAR, authorized representative for KMI ZEOLITE, INC.

II. **FORMER-COUNSEL CONSENT**

The law office of ROYAL & MILES, LLP, hereby consents to the substitution of the BOWEN LAW OFFICES as Attorney of Record for the KMI ZEOLITE, INC., Plaintiff/Counterclaim Defendants, in its place and stead.

DATED this ___ day of July, 2017.

ROYAL & MILES, LLP

_____
Gregory A. Miles, Esq.
Nevada Bar No. 4336
1522 W Warm Springs Road
Henderson, NV 89104

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
(702) 240-5191  Fax (702) 240-5797

### III. SUCCESSOR-COUNSEL CONSENT

BOWEN LAW OFFICES hereby consents to its substitution as Attorney of Record for the KMI ZEOLITE, INC., Plaintiff/Counterclaim Defendants, in the place and stead of ROYAL & MILES, LLP.

DATED this 14th day of July, 2017.

BOWEN LAW OFFICES

JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, NV 89129

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  7-25-2017