# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| KMI ZEOLITE, INC. *et al.*, <br><br>           Plaintiffs, <br><br> vs. <br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br>           Defendants. | 2:15-cv-02038-JCM-VCF <br> **<u>ORDER</u>** |

Before the Court is Plaintiff/Counterclaim Defendant KMI Zeolite's Motion Requesting Appearance by Telephone (ECF No. 88).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff/Counterclaim Defendant KMI Zeolite's Motion Requesting Appearance by Telephone (ECF No. 88) is GRANTED. Teresa Slattery may appear by telephone.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 13th day of October, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE