**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KMI ZEOLITE, INC. *et al.*, <br><br> Plaintiffs, <br><br> vs. <br> UNITED STATES DEPT. OF THE INTERIOR, *et al.*, <br><br> Defendants. | 2:15-cv-02038-MMD-VCF <br> **ORDER** |

Before the Court is the Joint Motion to Amend Briefing Schedule (ECF No. 93) and the Opposition to Joint Motion to Amend Briefing Schedule (ECF No. 98).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Joint Motion to Amend Briefing Schedule (ECF No. 93) is scheduled for 2:00 PM, March 2, 2018, in Courtroom 3D.

DATED this 20th day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE