# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| KMI ZEOLITE, INC. *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPT. OF THE INTERIOR, *et al.*, <br><br> Defendants. | 2:15-cv-02038-MMD-VCF <br> **ORDER** |

Before the Court is the Substitution of Attorneys (ECF No. 97).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Substitution of Attorneys (ECF No. 97) is scheduled for 2:00 PM, March 2, 2018, in Courtroom 3D.

DATED this 22nd day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE