DAYLE ELIESON
United States Attorney
District of Nevada
ROGER W. WENTHE
Nevada Bar No. 8920
TROY K. FLAKE
Assistant United States Attorneys
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: roger.wenthe@usdoj.gov
       troy.flake@usdoj.gov

Attorneys for the United States Dept. of the Interior

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC.; and ROBERT E. FORD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPT. OF THE INTERIOR; *et al.*, <br><br> Defendants. | Case No.: 2:15-cv-2038-MMD-VCF <br><br> **JOINT PROPOSED** <br> **BRIEFING SCHEDULE** |
| UNITED STATES DEPT. OF THE INTERIOR, <br><br> Counterclaimant, <br><br> v. <br><br> KMI ZEOLITE, INC.; ROBERT E. FORD; and R.A.M.M. CORP., <br><br> Counterclaim Defendants. | |

Plaintiffs KMI Zeolite, Inc. (KMI) and Robert Ford (Ford), and the Federal Defendants, by their undersigned counsel, as requested by the Court in open court on March 2, 2018, hereby present their joint proposed briefing schedule for this case:

///

1

1. <u>Briefing on the APA issues</u> in the *KMI Zeolite* case shall be as follows:

   | | |
   |---|---|
   | Plaintiffs KMI's and Ford's motions for summary judgment and supporting briefs due: | April 9, 2018 |
   | Briefs in response to all motions for summary judgment due: | May 9, 2018 |
   | Reply briefs in support of summary judgment due: | June 8, 2018 |

2. <u>Initial Disclosures</u> due: 30 days after order disposing of APA issues in *KMI Zeolite*

3. <u>Amendment of</u> Pleadings due: 30 days after Initial Disclosures

4. <u>Fact Discovery</u> closes: 180 days after Initial Disclosures

5. **Expert Discovery:**

   a. Last day to designate Plaintiffs' experts: 30 days after fact discovery close

   b. Last day to designate Defendant's experts: 60 days after fact discovery close

   c. Last day to designate rebuttal experts: 90 days after fact discovery close

   c. Last day to complete expert discovery: 120 days after fact discovery close

6. <u>Dispositive Motions</u> due: 30 days after expert discovery close

7. **Pre-Trial Order:**

   a. Last date to file if no dispositive motions are filed: 30 days after expert discovery close

   b. Last date to file if dispositive motions are filed: 30 days after order resolving last dispositive motion

IT IS SO ORDERED.

Date: 3-5-2018

UNITED STATES MAGISTRATE JUDGE

///

2

| For the APA Plaintiffs: | For the Federal Defendants: |
|---|---|
| | DAYLE ELIESON |
| /s/ Karen Budd-Falen | United States Attorney |
| KAREN BUDD-FALEN | |
| Attorney for KMI Zeolite, Inc. | |
| | /s/ Roger Wenthe |
| | ROGER W. WENTHE |
| /s/ Eric Dobberstein | Assistant United States Attorney |
| ERIC DOBBERSTEIN | |
| Attorney for Robert Ford | |

| For the quiet title plaintiff: | For the quiet title defendant: |
|---|---|
| /s/ Eric Dobberstein | /s/ Michael Stoberski |
| ERIC DOBBERSTEIN | MICHAEL STOBERSKI |
| Attorney for ABC Recycling Industries, Inc. | Attorney for R.A.M.M., Inc. |

# PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the persons shown, by the method shown, on the date shown.

CM/ECF

All counsel of record

Dated: _March 5, 2018

/s/ *Roger W. Wenthe*
ROGER W. WENTHE
Assistant United States Attorney