# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| KMI ZEOLITE, INC. and ROBERT E. FORD, | |
|---|---|
| Plaintiffs, | 2:15-cv-02038-MMD-VCF |
| vs. | **ORDER** |
| UNITED STATES DEPT. OF THE INTERIOR, *et al.*, | |
| Defendants. | |

Before the Court is the Joint Motion to Set Hearing Date to Approve Settlement (ECF No. 112).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Joint Motion to Set Hearing Date to Approve Settlement (ECF No. 112) is scheduled for 10:00 AM, April 13, 2018, in Courtroom 3D.

IT IS FURTHER ORDERED that the April 9, 2018 deadline for Plaintiffs KMI and Ford's to file motions for summary judgment and supporting briefs is VACATED.

DATED this 6th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE