James C. Mahan
U.S. District Judge

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KMI ZEOLITE, INC. et al., | Case No. 2:15-CV-2038 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *KMI Zeolite, Inc. v. United States Department of the Interior, et al.*, case number 2:15-cv-02038-JCM-VCF.

The parties have reached a settlement agreement. *See* (ECF No. 132). Accordingly, the court will deny defendant United States Department of the Interior, et al.'s motion for summary judgment (ECF No. 94) without prejudice to the defendants' ability to renew their motion should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

DATED August 28, 2018.

_____
UNITED STATES DISTRICT JUDGE