# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC., et al.,<br>　　Plaintiff(s),<br>v.<br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br>　　Defendant(s). | Case No.: 2:15-cv-02038-JCM-NJK<br><br>**ORDER** |

　　This case has been randomly reassigned to the undersigned magistrate judge. Docket No. 138. Given the procedural posture of the case, *see* Docket Nos. 135, 136, the Court **VACATES** the status conference that had been previously set for January 24, 2019 (*see* Docket No. 132). The parties are **ORDERED** to file dismissal papers or a joint status report by January 24, 2019.

　　IT IS SO ORDERED.

　　Dated: November 8, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge