**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KMI ZEOLITE, INC., et al., | Case No.: 2:15-cv-02038-JCM-NJK |
|       Plaintiff(s), | |
| | **Order** |
| v. | |
| | [Docket No. 141] |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
|       Defendant(s). | |

Pending before the Court is a motion by Karen Budd-Falen to withdraw as counsel for KMI Zeolite. Docket No. 141. The motion is hereby **GRANTED**.[1]

IT IS SO ORDERED.

Dated: December 12, 2018

                              _____

                              Nancy J. Koppe
                              United States Magistrate Judge

---

[1] The motion includes the incorrect case information in its caption. *Compare* Docket No. 141 at 1 *with* Docket No. 138 ("All further documents must bear the correct case number **2:15-cv-02038-JCM-NJK**" (underlining added)). The parties shall ensure that future filings include the accurate case information as required by the order at Docket No. 138.