# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC., et al.,<br>    Plaintiff(s),<br>v.<br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br>    Defendant(s). | Case No.: 2:15-cv-02038-JCM-NJK<br><br>**ORDER** |

On November 8, 2018, the Court ordered the parties to file dismissal papers or a status report by January 24, 2019. Docket No. 139. A settlement conference was subsequently set to take place before United States Magistrate Judge Cam Ferenbach on January 28, 2019. Docket No. 144. In light of the setting of that settlement conference, the Court **VACATES** the requirement to file dismissal papers or a status report by January 24, 2019.

IT IS SO ORDERED.

Dated: January 15, 2019

                                                  Nancy J. Koppe
                                                United States Magistrate Judge