# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KMI ZEOLITE, INC. et al., | Case No. 2:15-CV-2038 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *KMI Zeolite, Inc. v. United States Department of the Interior, et al.*, case number 2:15-cv-02038-JCM-NJK.

On January 14, 2019, defendant United States of America, on behalf of the federal defendants, filed a motion requesting that the court stay case and postpone mediation currently scheduled before Magistrate Judge Ferenbach on January 28, 2019. (ECF No. 141).

The United States represents that "Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances" due to the ongoing government shutdown. *Id*.

Good cause appearing, the court will stay this action. The Unites States shall fill a motion to lift stay within seven (7) days after Congress restores appropriations to the Department of Justice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States' motion to stay (ECF No. 141) be, and the same hereby is, GRANTED, consistent with the foregoing.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the Unites States shall file a motion to lift stay within seven (7) days after Congress restores appropriations to the Department of Justice.

DATED January 17, 2019.

_____
UNITED STATES DISTRICT JUDGE