# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| KMI ZEOLITE, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br> UNITED STATES DEPT. OF THE INTERIOR, *et al.*, <br><br> Defendants. | 2:15-cv-02038-JCM-NJK <br> **ORDER** |

In light of Defendants' Motion for a Stay of the Entire Case (ECF No. 147), IT IS HEREBY ORDERED that the settlement conference scheduled for 10:00 AM, January 28, 2019, is VACATED and will be rescheduled.

DATED this 17th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE