# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KMI ZEOLITE, INC. et al., | Case No. 2:15-CV-2038 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *KMI Zeolite, Inc. v. United States Department of the Interior, et al.*, case number 2:15-cv-02038-JCM-NJK.

On January 17, 2019, the court granted the United States' motion to stay case and postpone mediation until the United States Congress restores appropriations to the Department of Justice. (ECF No. 149). On January 25, 2019, Congress enacted and the president signed a continuing resolution funding the Department of Justice. (ECF No. 151). Thus, the court will lift stay in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the United States' motion to lift stay (ECF No. 151) be, and the same hereby is, GRANTED.

DATED February 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**