# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KMI ZEOLITE, INC., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendant(s). | Case No.: 2:15-cv-02038-JCM-NJK <br><br> **Order** <br><br> [Docket No. 153] |

Pending before the Court is Defendant Nye County's motion to enforce settlement. Docket No. 153. That motion represents that Nye County entered a binding settlement agreement with ABC Recycling, and that the settlement agreement requires ABC Recycling to file dismissal papers. *See, e.g.*, *id.* at 3. Nye County's motion was filed and served on February 8, 2019. *See* Docket No. 153 (notice of electronic filing). As such, the deadline to respond to this motion has expired. *See* Local Rule 7-2(b). To date, ABC Recycling has filed no response. To the extent ABC Recycling intends to oppose this motion—and has appropriate legal and factual grounds to do so—it must file a response to the motion by March 7, 2019. Otherwise, ABC Recycling shall file dismissal papers by March 7, 2019. **Failure to file either a responsive brief or dismissal papers in accordance with this order may result in the imposition of sanctions**.

IT IS SO ORDERED.

Dated: February 28, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1