# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| KMI ZEOLITE, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPT. OF THE INTERIOR; *et al.*, <br><br> Defendants. | 2:15-CV-02038-JCM-NJK <br> **ORDER** |

      Before the court is the Federal Defendants' Motion for Exception from Attendance Requirement for Settlement Conference (ECF No. 163).

      Accordingly,

      IT IS HEREBY ORDERED that any opposition to the Federal Defendants' Motion for Exception from Attendance Requirement for Settlement Conference (ECF No. 163) must be filed on or before April 15, 2019.

      DATED this 8th day of April, 2019.

                                                                         CAM FERENBACH <br>
                                                                       UNITED STATES MAGISTRATE JUDGE