# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

KMI ZEOLITE, INC., *et al.*,

    Plaintiffs,

vs.

UNITED STATES DEPT. OF THE INTERIOR; *et al.*,

    Defendants.

2:15-CV-02038-JCM-NJK

**ORDER**

    Before the court is Plaintiff/Counterclaim Defendant KMI Zeolite's Motion to Excuse Local Counsel's Attendance, at Settlement Conference (ECF No. 165). Sufficient reason has been given to grant the instant motion.

    Accordingly,

    IT IS HEREBY ORDERED that the Plaintiff/Counterclaim Defendant KMI Zeolite's Motion to Excuse Local Counsel's Attendance, at Settlement Conference (ECF No. 165) is GRANTED.

    DATED this 16th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE