UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KMI ZEOLITE, INC. et al.,

　　　　　　　　　　　Plaintiff(s),

　　v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, et al.,

　　　　　　　　　　　Defendant(s).

Case No. 2:15-CV-2038 JCM (NJK)

ORDER

　　　　Presently before the court is the matter of *KMI Zeolite, Inc. v. United States Department of the Interior, et al.*, case number 2:15-cv-02038-JCM-NJK.

　　　　The instant action was stayed on May 8, 2019, pending the performance of the settlement agreement. (ECF No. 174). Then, on June 26, 2019, the court adopted Magistrate Judge Koppe's report and recommendation, granted Nye County's motion to enforce settlement, and dismissed defendant Nye County with prejudice. (ECF No. 175).

　　　　With no action in this case being taken for eight months, the court ordered the parties to file a motion or status report. (ECF No. 176). The parties filed a joint status report, representing that performance of their settlement agreement is ongoing. (ECF No. 177). In particular, the parties indicate that "[t]he following provisions of the Settlement Agreement remain to be performed:"

　　　　　　　• The BLM is to appraise the parcels, determine a selling price, and issue a decision advising whether it will enter into a sale of the parcels at that price (Sec. 2.b.(i))

　　　　　　　• RAMM shall transmit electronic payment of the price to the BLM within 7 calendar days of the final BLM decision, or in the case of

an appeal within 7 calendar days of the BLM decision becoming effective (Sec. 2.b.(ii))

• The BLM is to issue a patent to RAMM for the parcels (Sec. 2.b.(iii))

*Id.* at 5. Thus, "the [p]arties request that the [c]ourt continue to keep these consolidated cases pending, as administratively stayed matters, to provide the time necessary for either the purchase to close, or the [s]ettlement [a]greement to become null and void."[1]  *Id.*

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action shall remain administratively stayed until 5:00 p.m. on Friday, August 28, 2020, pending the parties' performance of the settlement agreement.

IT IS FURTHER ORDERED that, if the settlement is not fully performed, the parties shall file a motion requesting a continuance of the administrative stay and explaining the status of the sale before 5:00 p.m. on Friday, August 28, 2020.

IT IS FURTHER ORDERED that the parties shall file a motion to lift the stay and a notice of dismissal within 14 days of performance of the settlement agreement.

DATED February 27, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The settlement agreement becomes null and void if the sale does not occur.  (ECF No. 177 at 4).