UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KMI ZEOLITE, INC. et al., | Case No. 2:15-CV-2038 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendant(s). | |

Presently before the court is the parties' joint motion to continue the stay in this case. (ECF No. 181).

This is the parties' second request to continue the stay. (ECF No. 179). They now aver that the BLM "has continued to work to process the request for the sale of the parcels and has been conducting its due diligence" but has been delayed by personnel changes. (ECF No. 181).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' joint motion to continue the stay (ECF No. 181) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that this case shall remain administratively stayed until Wednesday, June 30, 2021, pending performance of the settlement agreement. If the settlement is not fully performed prior to Wednesday, June 30, 2021, the parties may request a continuance of the administrative stay.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the parties shall file a motion to lift the stay and a notice of dismissal within 14 days of performance of the settlement agreement.

DATED January 11, 2021.

_____
UNITED STATES DISTRICT JUDGE