1
2
3
4
5                 UNITED STATES DISTRICT COURT
6                      DISTRICT OF NEVADA
7                            * * *
8   KMI ZEOLITE, INC. et al.,              Case No. 2:15-CV-2038 JCM (NJK)
9                      Plaintiff(s),              ORDER
10        v.
11  UNITED STATES DEPARTMENT OF THE
    INTERIOR, et al.,
12
                       Defendant(s).
13
14
15        Presently before the court is the parties' joint motion to continue the stay in this case.
16  (ECF No. 183).
17        This is the parties' third request to continue the administrative stay. They now aver
18  that the BLM's new realty specialist will prioritize this matter in the next few weeks. (ECF
19  No. 183 at 2).
20        Accordingly,
21        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' joint
22  motion to continue the stay (ECF No. 183) be, and the same hereby is, GRANTED. This case
23  shall remain administratively stayed until Thursday, September 30, 2021. If the settlement is
24  not fully performed prior to this date, the parties should again request to continue the
25  administrative stay.
26  . . .
27  . . .
28  . . .

James C. Mahan
U.S. District Judge

IT IS FURTHER ORDERED that the parties shall file a motion to lift the stay and a notice of dismissal within 14 days of performance of the settlement agreement.

DATED June 28, 2021.

_____
UNITED STATES DISTRICT JUDGE