UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KMI ZEOLITE, INC. et al.,<br><br>                              Plaintiff(s),<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>                              Defendant(s). | Case No. 2:15-CV-2038 JCM (NJK)<br><br>ORDER |

Presently before the court is the parties' joint motion to continue the stay in this case. (ECF No. 185).

This is the parties' fourth request to continue the administrative stay. They now aver that the parties still need to consummate the sale of the property involved pursuant to this court's previous orders and the parties' settlement agreement. (ECF No. 185 at 1-2).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' joint motion to continue the stay (ECF No. 185) be, and the same hereby is, GRANTED. This case shall remain administratively stayed until Monday, January 17, 2022. If the settlement is not fully performed prior to this date, the parties should again request to continue the administrative stay.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that the parties shall file a motion to lift the stay and a
2  notice of dismissal within 14 days of performance of the settlement agreement.
3  DATED September 30, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -