PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
P:  (702) 384-4012
F:  (702) 383-0701
pjurani@ocgas.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JCM-NJK

KMI ZEOLITE, INC.; and ROBERT E.
FORD,

        Plaintiffs,

v.

UNITED STATES DEPT. OF THE
INTERIOR; *et al*.,

        Defendants.

UNITED STATES DEPT. OF THE
INTERIOR,

        Counterclaimant,

v.

KMI ZEOLITE, INC.; ROBERT E. FORD;
and R.A.M.M. CORP.,

        Counterclaim Defendants.,

Case No.:  2:15-cv-2038-~~MMD-VCF~~

**SUBSTITUTION OF ATTORNEY**

     Counterclaim Defendant/Defendant R.A.M.M. CORPORATION hereby substitutes

MICHAEL E. STOBERSKI, ESQ., of the law firm of WILSON ELSER MOSKOWITZ

EDELMAN & DICKER LLP, 6689 Las Vegas Blvd. South, Suite 200, Las Vegas, NV 89119,

/ / /

/ / /

/ / /

1

1     (702) 727-1400, as counsel of record in place and stead of the law firm of PATERNO C.

2     JURANI, ESQ. of the law firm of OLSON CANNON & GORMLEY.

3

4

5     I consent to the above substitution.        R.A.M.M. CORPORATION

6     Date: 9-20-24

7                                   Signature:

8                                     Name: Jerry E. McGuire

9                                     Title: CFO

10

11

12     I consent to the above substitution.        OLSON CANNON & GORMLEY

13

14     Date: 9/20/24                      Signature:

15                                      PATERNO C. JURANI, ESQ.

16

17     I consent to and accept the above       WILSON ELSER MOSKOWITZ EDELMAN &

18     substitution. I am duly admitted to       DICKER LLP
      practice in this District.

19

20     Date: 9/20/24                     Signature:

21                                      MICHAEL E. STOBERSKI, ESQ.

    Please check one: _X_ RETAINED, or _____ APPOINTED BY THE COURT.

22

23

24

25     APPROVED:

26     Date: September 23, 2024

27                                     UNITED STATES MAGISTRATE JUDGE

28