# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KMI ZEOLITE, INC. *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al..*,

    Defendants.

Case No. 2:15-cv-02038-JCM-NJK

**Order**

[Docket No. 206]

    Pending before the Court is Plaintiff KMI Zeolite, Inc.'s notice of withdrawal and substitution of counsel.[1]  Docket No. 206.  The Court **GRANTS** the request.

    IT IS SO ORDERED.

    Dated: March 18, 2025

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] The filing uses the incorrect case number.  *See* Docket No. 206 at 1; *see also* Docket No. 138 (reassigning the case to the undersigned on November 5, 2018).  All further documents must bear the correct case number.

1