# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KMI ZEOLITE, INC. et al., | Case No. 2:15-CV-2038 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff KMI Zeolite, Inc.'s unopposed motion for the court to accept petitioner Conner G. Nicklas's corrected verified petition for permission to practice pro hac vice as timely filed or, in the alternative, to grant an extension of time to file the supplemental certificates of good standing, on the basis of excusable neglect.  (ECF No. 211); *see* Fed. R. Civ. P. 6(b)(1)(B).

On March 17, 2025, petitioner Conner G. Nicklas filed a verified petition for permission to practice pro hac vice in this case.  (ECF No. 206).  The court ordered that, within fourteen days, he provide the court with current certificates of good standing from the states in which petitioner has been admitted to practice law.  (ECF No. 209).  When petitioner did not timely correct the petition, it was denied without prejudice.  (ECF No. 210).

Petitioner explains that he did not receive via mail the court's minute order to correct the verified petition and therefore could not timely address the requested corrections.  When he learned of the issue, he requested local counsel to promptly prepare this motion and resubmit the verified petition with the requisite certificates.  (*See* ECF No. 211, Exs. 2 and 3).

**James C. Mahan**
**U.S. District Judge**

Good cause appearing, the court HEREBY GRANTS plaintiff's motion to correct the verified petition, (ECF No. 211), and SETS ASIDE its minute order denying without prejudice Conner Nicklas's verified petition for permission to practice pro hac vice.  (ECF No. 210). Petitioner shall have 14 days from the entry of this order to file the corrected verified petition using the "Notice of Corrected Image/Document" event and link it to ECF 205.

DATED April 9, 2026.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -