**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KMI ZEOLITE, INC,; and ROBERT E. FORD | Case #2:15-cv-02038-MMD-VCF |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. UNITED STATE DEPT OF THE INTERIOR; et al., | |
| Defendant(s). | FILING FEE IS $250.00 |

Conner G. Nicklas , Petitioner, respectfully represents to the Court:
(name of petitioner)

1.     That Petitioner is an attorney at law and a member of the law firm of

Budd Falen Law Offices
(firm name)

with offices at           300 East 18th Street           ,
(street address)

      Cheyenne       ,       Wyoming       ,       82001       ,
(city)              (state)              (zip code)

      307-632-5105       ,       conner@buddfalen.com       .
(area code + telephone number)       (Email address)

2.     That Petitioner has been retained personally or as a member of the law firm by

KMI Zeolite, Inc           to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____September 2017_____, Petitioner has been and presently is a
                                (date)
member in good standing of the bar of the highest Court of the State of _____Wyoming_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Wyoming Supreme Court | September 2017 | 7-5908 |
| U.S. District Court of Wyoming | September 2017 | |
| 10th Circuit Court of Appeals | September 2017 | |
| Montana Supreme Court | July 2018 | 54523080 |
| Colorado Supreme Court | January 2019 | 52939 |
| North Dakota Supreme Court | November 2025 | 10311 |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)  NONE

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) Not applicable. The Petitioner has never requested admission to the State Bar of Nevada.

7.    That Petitioner is a member of good standing in the following Bar Associations.

Wyoming, Colorado, Montana, North Dakota

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Wyoming_____ )
)
COUNTY OF _____Laramie_____ )

_____Conner G. Nick las_____ , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__29__ day of __April__ , __2026__ .

_____
Notary Public or Clerk of Court

K. H. JENSEN
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 170187
MY COMMISSION EXPIRES: AUG 5, 2030

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Jerome R .Bowen_____ ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____9960 W. Cheyenne Ave, Suite 250_____ ,
(street address)

_____Las Vegas_____ , _____Nevada_____ , __89129__ ,
(city)                    (state)            (zip code)

_____702-240-5191_____ , _____twilcox@lvlawfirm.com_____ .
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Jerome R. Bowen _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

John Wagenaar, Manager of KMI Zeolite, Inc
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4540                    4wilcox@lvlawfirm.com
_____
Bar number              Email address

APPROVED:

Dated: May 11, 2026.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF WYOMING

———

I, Shawna Goetz, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

## Conner Galen Nicklas

was, on the 29th day of September, 2017, duly admitted and licensed to practice as an attorney and counselor at law in all the courts of Wyoming; and is currently an active member of the Wyoming State Bar in good standing.

Given under my hand and the seal of said Court this 16th day of March, 2026.

Shawna Goetz, Clerk

by deputy





# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, *Cheryl Stevens* Clerk of the Supreme Court of the State of Colorado, do hereby certify that

*Conner Galen Nicklas*

has been duly licensed and admitted to practice as an

# ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the *14th* day of *December* A. D. *2018* and that at the date hereof the said *Conner Galen Nicklas* is in good standing at this Bar.



**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this*

*25th* day of *February* A. D. *2026*

*Cheryl Stevens*

Clerk

By _____

Deputy Clerk

# Supreme Court of North Dakota

**OFFICE OF THE CLERK**
600 E BOULEVARD AVE
BISMARCK ND 58505-0530
(701) 328-2221
supclerkofcourt@ndcourts.gov

CLERK OF THE SUPREME COURT
PETRA H. MANDIGO HULM

CHIEF DEPUTY CLERK
LISA J.H. ANDERSEN

IN THE SUPREME COURT    )
STATE OF NORTH DAKOTA  )

I, Petra H. Mandigo Hulm, Clerk of the Supreme Court within and for the State of North Dakota, do hereby certify that according to the records maintained in this office, Conner G. Nicklas, North Dakota Bar Id. #10311 was duly admitted as an attorney and counselor of the Supreme Court of the State of North Dakota, the highest court of record in the State of North Dakota, on 11/13/2025; and is currently licensed to practice law, and authorized to appear in said Court and all State Courts of North Dakota; and has not been nor is currently the subject of any disciplinary proceedings, and, therefore, is a member in good standing.

The above information is provided pursuant to the provisions of Rule 6.1 of the North Dakota Rules for Lawyer Discipline.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Court, at the City of Bismarck.

Dated: January 16, 2026.

Petra H. Mandigo Hulm
Clerk
North Dakota Supreme Court



# Certificate of Good Standing

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

## Conner Galen Nicklas

was admitted to the State Bar of Montana on July 18, 2018 and that their name currently appears on the Roll of Attorneys in this office as a/an Active Attorney member in good standing*.

Dated this day of April 10, 2026

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.

